**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF OCTOBER 21, 2014**
**WESTERN DISTRICT**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
-------------------------------------------------------------
**NONE**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
-------------------------------------------------------------
**WD76001      State of Missouri vs. Amy R. Hamer**
**WD76622      State of Missouri vs. Daniel Esparza**